

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00432-CR

Donald **BRASSFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1733-CR-A
Honorable William Old, Judge Presiding

# O R D E R

When we granted court reporter Patricia M. Wagner's first motion for extension of time to file the reporter's record, we set the record due on November 6, 2019. *See* TEX. R. APP. R. 35.3(c). After the extended due date, the court reporter filed a second request for an extension of time to file the record until December 6, 2019.

The reporter's request is GRANTED. The reporter's record must be filed with this court by December 6, 2019. *See id.* (limiting any extension in an ordinary appeal to thirty days).

If the court reporter is unable to file the completed record by December 6, 2019, any further request for additional time to file the record **must** be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court